**SO ORDERED**

No opposition filed.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

 

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## (BALTIMORE DIVISION)

| | |
|---|---|
| **In re:** | ) |
| | )    **Case No. 18-12045-MMH** |
| **B52 MEDIA, LLC** | )    **Chapter 11** |
| | ) |
| **Debtor.** | ) |
| | ) |

### ORDER GRANTING MOTION TO APPROVE
### COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019

This matter came before the Court on the Motion for Approval of Compromise of Controversy Pursuant to Fed. R. Bank. P. 9019 ("Motion"). In the Motion, the Debtor seeks approval of the compromise of controversy reached between the Debtor, Payments IP Pty Ltd, and Suraj Rajwani. The terms of the compromise are set forth in the Motion and the Settlement Agreement attached thereto. The Court has reviewed the record of this matter and finds notice of the Motion to be adequate as given and that good, sufficient and ample cause exists to grant the relief requested herein. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that the proposed compromise of controversy by and between the Debtor, Payments IP Pty Ltd, and Suraj Rajwani as set forth in the Motion, is **APPROVED.**

Copies to:

Hugh M. Bernstein (hugh.m.bernstein@usdoj.gov)
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

B52 Media, LLC (jwbierer@biererlawgroup.com)
Jonathan Bierer
502 S. Sharp Street, #1100
Baltimore, Maryland 21201

Scott W. Foley (swf@shapirosher.com)
Daniel Zeller (djz@shapirosher.com)
Shapiro Sher et al.
250 West Pratt Street
Suite 2000
Baltimore, Maryland 21201

Alan F.M. Garten, Esquire  (amg@fedgar.com)
Fedder and Garten, P.A.
36 S. Charles St., Suite 2300
Baltimore, MD 21201

M. Elizabeth Nowinski (men@fedgar.com)
Fedder and Garten, P.A.
36 S. Charles St., Suite 2300
Baltimore, MD 21201

John D. O' Connor
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA 94105


**END OF ORDER**