THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 18-12045-MMH** |
| **B52 MEDIA, LLC** ) | **Chapter 11** |
| ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

**ORDER VACATING ORDER GRANTING APPROVAL OF**
**COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019**

UPON CONSIDERATION of the Motion to Vacate Order Granting Approval of Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019, any response filed thereto, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED,** that the Order Granting Approval of Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 103] is **VACATED**; and it is further

**ORDERED**, that upon the consent of Brown Goldstein & Levy, *or* waiver by Brown Goldstein & Levy of any liability for payment of the amounts set forth in the Settlement Motion, the Debtor shall promptly file a line with the Court requesting that the Court enter an Order approving the Settlement Motion [Docket No. 95].

Copies to:

Hugh M. Bernstein

Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Scott W. Foley (swf@shapirosher.com)
Shapiro Sher et al.
250 West Pratt Street
Suite 2000
Baltimore, Maryland 21201

John D. O' Connor
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA 94105

Richard Vasquez  (rvasquez@vbllaw.com)
Vasquez, Benisek & Lindgren, LLP
3685 Mt. Diablo Blvd
Suite 300
Lafayette, CA 94549

Andrew Freeman (adf@browngold.com)
Brown Goldstein Levy
120 E Baltimore Street
Suite 1700
Baltimore, MD 21202

**END OF ORDER**